7:24-cv-39-O

People, In The matter of
Mr. Patrick A. White, Sr.

vs

T.D.C.J.-I.D., Food Service, et al.,
Regional Director(s), et al.,

(The Ranitidine Case):
were Referred:
Hon. Magistrate Majesty
Hal Ray, Jr.

FILED
March 19, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Petition:
"Food Recall Crisis":

Synopsis: Due to, ("police misconduct") my foods/drinks are illegally and unlawfully tampered with. While also, using the help from ("homosexuals") and other employees.
        which were, upon prior/opposite prison units. ("Foods that are, unfit for the humans' consumption; and/or, intake, (e.g., digestion"))

Symposium: The reason why, ("I can't"), nor, opposite offenders "win" (our complaints) or (the grievance system), is because, our legal-work and therefore, ("lawbooks"), are being unlawfully infiltrated and eavesdropped upon; by these uniforms. which are, mainly, police and ex-cops/policemen.

1

Case Law:

See: Akridge, 2022 U.S. Dist. Lexis 59069 ("food recall") followed by Bethune, 2020 U.S. Dist. Lexis 36013 ("hair and insects"); In re, Causey, 2023 U.S. Dist. Lexis 132018 ("sour milk"); Gonzalez, 2021 U.S. Dist. Lexis 38967 ("serving of dead animals"); In re, OSHA 125 L.ed. 2d 22 ("being fed cigarettes"); en banc, 2014 U.S. Dist. Lexis 32285 ("food contaminations"); Timmons vs K. Britain, 2022 U.S. Dist. Lexis 213921 ("foods tamperings"); en banc, Coffey, 906 F. Supp. 2d 1114 ("bacteria infections thru foods and drinks"); known as, ("sepsis", "endocarditis"); In re, Hankins, 2011 U.S. Dist. Lexis 147478 ("bad or molded foods") followed by Coleman, 2016 U.S. Dist. Lexis 184907 ("laundry/supplies")

See: Hutto vs Finney, 437 us 698 ("grue diets", being fed small portions of foods out of retaliation"); Barnes, 415 F. Supp. 1218 ("adequate diet"); In re, T.D.C.J. 25 - A006.60 Bloodborne Pathogens assigned upon February 16, 2006 Texas Gov. Codes 501.054, 507.023; Communicable Disease Prevention and Control Act, Chapter 81 and Human Immunodeficiency Virus Services Act, Chapter 85

see: Walsh-Healey Act, 1 et seq.; 41 USC 35 et seq.; OSHA Act of 1970, 8(a); 29 USC 657(a); 8(a)(g)(2); 17(f); 29 USCS 657(a)(g)(2); 666(f); 29 CFR 1903.4 (1977) ("requires an inspection to be given"); In re, Dept. of Labor, OSHA Compliance Operations Manual V-7 (1972); Field Operations Manual Vol. pp. V-4, V-5; en banc, 18 USCS 111, 1114 (1976) ("criminal conduct"); 29 CFR 1903; CCH Employment Safety + Health Guide 4327.2 (1976); 30 USCS 733(a); 30 USCS 818; 42 USCS 7414 (1976) ("inspections"); 7 USCS 2146(c); 21 USCS 674 ("meat inspections"); 21 USCS 1050 ("egg inspections"); 26 USCS 7402(a) ("gasoline inspections")

En Banc, Texas Whistle Blower Act, Tex. Gov. Codes Ann. 554.002 - .006(a); Pennsylvania Whistle Blower Act, 43 Pa. Stat. Ann. 1423 et seq.; 43 Pa.-P.S. 1421 et seq.; Florida's Whistle Blower Act, Fla. Stat. 448.104 ("retaliations for reporting violations of the law") and lastly, In re, Rademaker, 2022 U.S. Dist. Lexis 177481 ("tampering with legal mails") Reeder, 2021 U.S. Dist. Lexis 92684 ("tampering with legal mails and making illegal copies"); en banc, TDCJ-BP 03.81; 34 USCS 30301 et seq.; Fed. R. Civ. Proc. 56;

3

See: Fed. R. Civ. Proc. 56; Fed. R. Evid. 601, 602, 603, 801, 803(6), 902 followed by Buzzards, 2017 U.S. Dist. Lexis 39498 ("denial of access to courts"); and/or, Brown, 2013 U.S. Dist. Lexis 145586 ("destruction of mails") 18 USCS 3626(a)(2); In re, Strange, 1991 U.S. Dist. Lexis 2496 ("mails not received")

See: 28 USCS 1746 ("oath against perjury usage")

### Action:

Petitioner, seeks an ("Perpetual Injunction") and an Administrative Injunction: albeit: That, as the law applies; to the "federal standards" and its guarantees; appointed "to there-with", by the U.S. Const.: That ("my") ("law books and legal-work") are unjeopardized/unchartered by police misconduct and their employees!

That ("my") legal-mail/legal-work, were, ~~usually~~ unsculptured or illegally drawn by police misconduct and their employees at ("any") prison; (I.E., James V. Allred, Jr.) prison!

Inmate Declaration:

I, Patrick Arnold White, Sr., being presently confined; yet, illegally; hereby testify under oath; against the usage of perjury; to the above and foregoing information and citings to be true and correct. To the best of my knowledge.

See 28 USCS 1746 followed by U.S.S.G. 6A1.3 ("oath against perjury"); U.S.S.G. 3C1.1 (1990) (perjury) U.S. vs Dunnigan, 113 S.Ct. 1111 (1990)

NAME Mr. Patrick D. White Sr.
TDC# 82779
2101 FM 369 N
IOWA PARK, TEXAS 76367



LEGAL MAIL

RECEIVED
MAR 19 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX P&DC
DALLAS TX 750
27 FEB 2024 PM 4 L

MAR 28 2024

Referred: To The
Hon. Magistrate, Majesty,
Mr. Hal Ray, Jr.
1000 Lamar, Wichita Falls, Texas
76301

76301-340299

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION