IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **PATRICK A. WHITE, SR.,** § | | |
| **TDCJ No. 00827179,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 7:24-cv-039-O | |
| § | | |
| **TDCJ-ID, et al.,** § | | |
| § | | |
| Defendants. § | | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **21st day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE